**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6143**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTOINE DE-MARR WASHINGTON,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge. (1:14-cr-00389-RDB-1)

Submitted: November 19, 2021                     Decided: December 16, 2021

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antoine De-Marr Washington, Appellant Pro Se. Jason Daniel Medinger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine De-Marr Washington appeals the district court's order denying his motion for compassionate release. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Washington's motion because it adequately considered the 18 U.S.C. § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 186 (4th Cir. 2021). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*